United States District Court
for the
Southern District of Florida

| Michael H. Butler, Plaintiff, | ) | |
|---|---|---|
| | ) | |
| v. | ) | Civil Action No. 19-21650-Civ-Scola |
| | ) | |
| Sergeant Joseph, Defendant. | ) | |

### Order Denying Plaintiff's Motion to Discharge Debt

This matter is before the Court on the Plaintiff's motion to be relieved of the payment of the filing fee in this case. (ECF No. 27.) The Plaintiff's motion argues that he voluntarily dismissed his complaint before the Defendants were served and therefore he should not have to pay the filing fee. (*Id.*) Upon careful consideration, the Court disagrees.

On August 7, 2019, Magistrate Judge Reid granted the Plaintiff's motion to proceed *in forma pauperis.* (ECF No. 23.) Judge Reid's order made clear that the Plaintiff was relieved of *pre-paying* the $350 filing fee, but a debt of $350 would be established. "The agency having custody of the prisoner must forward payments from the prisoner's account to the Clerk of Court each time the amount in the account exceeds $10 until the filing fees are paid." (*Id.* at 3.)

"Federal law requires that notwithstanding a prisoner's in forma pauperis status, if he brings a civil action and is permitted to proceed in forma pauperis, he is required to pay the full amount of the filing fee." *Richardson v. Secretary, Dept. of Corrections,* 06-cv-485, 2007 WL 951788, at *1 (N.D. Fla. March 28, 2007) (citing 28 U.S.C. § 1915(b)(1)). There is no provision in the Prison Litigation Reform Act for the return of filing fees or discharge of debt upon voluntary dismissal of an action. *See Mangram v. Darden,* 16-cv-49, 2016 WL 7366883, at *1 (S.D. Ga. Dec. 19, 2016) ("However, the Court cannot reimburse Plaintiff's filing fee upon his voluntary dismissal."); *Richardson,* 2007 WL 951788 at *1 ("Therefore, Plaintiff will be required to pay the remainder of the filing fee despite his voluntary dismissal of this action.").

Accordingly, the Court cannot relieve the Plaintiff of his debt based on his voluntary dismissal of this action. The motion is **denied**. (**ECF No. 27**.)

**Done and ordered** at Miami, Florida on December 5, 2019.

_____
Robert N. Scola, Jr.
United States District Judge